UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 07 B 03753
    WIESLAW LIS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5636
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/02/07 and confirmed on 04/27/07.

2. The case was dismissed after confirmation, 01/25/2008.

3. The Debtor paid a total of $ 8380.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| DYCK O NEAL INC | SECURED | .00 | .00 | .00 |
| DYCK O NEAL INC | MORTGAGE ARRE | 7500.00 | .00 | 985.58 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 34558.60 | 1423.67 | 3752.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19944.69 | .00 | .00 |
| BMW FINANCIAL SERVICES | UNSECURED | 23637.53 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 980.36 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 203.96 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 149.46 | .00 | .00 |
| CHASE BANK | UNSECURED | 3186.22 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 42058.60 | .00 | 48102.22 | .00 | 90160.82 |
| PRINCIPAL PAID | 4738.45 | .00 | .00 | .00 | 4738.45 |
| INTEREST PAID | 1423.67 | .00 | .00 | .00 | 1423.67 |
| TOTAL PAID | 6162.12 | .00 | .00 | .00 | 6162.12 |

The Debtor's attorney, MICHAEL J WORWAG        , was allowed $  2700.00 and was paid $  700.00  direct and $  2000.00  through the plan.

The Trustee received $   217.88 .

Refunds to the Debtor totaled $    .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 04/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE